IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALVIN SHARPE,

       Plaintiff,

vs.                                            CASE NO. 5:07cv74/RS-MD

MICHAEL J. ASTRUE, Commissioner
of Social Security,

       Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 19) and Plaintiff's Objection To Report And Recommendation (Doc. 20). I have reviewed Plaintiff's objection *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. The decision of the Commissioner of Social Security is affirmed.

3. This action is dismissed.

4. The clerk is directed to close the file.

**ORDERED** on April 15, 2008.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**